■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD B. NICKERSON, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MIGUEL MANGUAL, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL KANE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES T. RUSSELL, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES B. JOHNSON, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARL R. JONES, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Time to perfect appeal extended 90 days. Motion in all other respects denied.

■ In the Matter of the Claim of JOANN SKINNER, Appellant, v. TOBIN PACKING CO., INC., ALBANY PACKING DIVISION, et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Application to amend the conditional order of dismissal entered herein March 13, 1962. Application granted and time to file and serve record, brief and note of issue extended to August 1, 1962 and appeal to be argued at the September 1962 Term.

■ In the Matter of the Claim of GEORGINA CRUZ, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion for permission to appeal as a poor person and to prosecute appeal without the necessity of paying Clerk, court or other fees to obtain records or documents relative to the appeal. Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied.